1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYWANE TOUSANT,<br><br>                              Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | Case No.:  09-CR-1250 W<br>              21-CV-1905 W<br><br>**ORDER GRANTING MOTION FOR EXTENSION TO RESPOND TO AMENDED MOTION TO VACATE UNDER 28 U.S.C. § 2255** |

Pending before the Court is Respondent's motion for an extension of time to respond to Petitioner Dywane Tousant's amended motion to vacate under 28 U.S.C. § 2255 (the "Amended Petition").  Good cause appearing, the Court **GRANTS** the motion [Doc. 263] and **ORDERS** as follows:

1. Respondent shall file and serve its responsive pleading no later than **February 11, 2022**.  The pleading shall include any documents relevant to the determination of the issues raised in the Amended Petition.

2. If Petitioner wishes to reply to the Respondent's answer, a traverse or other appropriate pleading must be filed by no later than **April 11, 2022**.  Upon filing of the foregoing, the parties shall await further order of this Court.

1 | Upon completion of the above briefing, the Amended Petition shall be deemed
2 | under submission.
3 | **IT IS SO ORDERED**.
4 | Dated:  January 4, 2022

*[signature]*

Hon. Thomas J. Whelan
United States District Judge