1  RANDY S. GROSSMAN
2  United States Attorney
   Alicia P. Williams
3  Assistant United States Attorney
   880 Front Street, Room 62823
4  San Diego, CA 92101



**FILED**

MAR 0 7 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v,

DYAWNE TOUSANT,

    Defendant.

Case No. 3:09-cr-01250-W

**MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE SENTENCE UNDER 28 U.S.C. 2255**

COMES Defendant, Dywane Tousant ("Tousant"), appearing *pro se,* and files his Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion to Vacate Sentence Under 28 U.S.C. 2255, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Tousant respectfully requests that this Court be mindful that *pro se* complaints are to be held "to less stringent standards than formal pleadings drafted by lawyers," and should therefore be liberally construed. See *Pouncil v. Tilton*, 704 F.3d 568 (9th Cir. 2012); *Estelle v. Gamble*, 429 U.S. 97 (1976)(same); and *Haines v. Kerner*, 404 U.S. 519 (1972)(same).

**REASON FOR EXTENSION**

The eight (8) page United States' Response in Opposition to Defendant's Motion to Vacate Sentence Under 28 U.S.C. 2255 ("USR") was just received by Tousant through the prison mail. Because of the Covid/Delta Virus pandemic the compound at USP Lompoc has had limited movement and very limited access to the prison law library. As such, Tousant needs to research, prepare and perfect his Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including March 3, 2022, to complete his Reply.

WHEREFORE, premises considered, Tousant respectfully requests that the Court grant this motion and extend his deadline for filing his Reply, up to and including April 3, 2022.

Respectfully submitted,

Dated: March 3, 2022

DYWANE TOUSANT
Reg. No. 14306-298
USP LOMPOC
U.S. PENITENTIARY
3901 KLEIN BLVD
LOMPOC, CA 93436

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion for Compassionate Release, postage prepaid, to Randy S. Grossman, Untied States Attorney, Assistant United States Attorney, 880 From Street, Room 6293, Sand Diego, CA 92101.



DYWANE TOUSANT

2

 | **PRIORITY® MAIL**

 1006  92101  **$8.95** R2303S101806-03

**FROM:**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

Dywane Tousant
Reg. No. 14306-298
USP LOMPOC
U.S. PENITENTIARY
3901 KLEIN BLVD
LOMPOC, CA 93436

**TO:** Clerk of office
United States District Court
Southern District of California
San Diego Division
880 Front Street
San Diego, CA 92101

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 03/07/22

USPS TRACKING® #


PS00001000014

