**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>DYWANE TOUSANT,<br><br>                                    Defendant. | Case No.:  09-CR-1250 W<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) [DOC. 306]** |

On June 2, 2010, this Court sentenced Defendant Dywane Tousant to the mandatory minimum term of 120 months in prison for Sex Trafficking of Children in violation of 18 U.S.C. §§ 1591(a)(b) & 2, fifteen months concurrent with his state court sentence in case SCS 2255068 and 105 months consecutive [Doc. 126].

Defendant now moves for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), alleging that the length of his sentence should be considered an extraordinary and compelling reason for sentence reduction based upon United States Sentencing Guideline §1B1.13(b)(6). This section states that "unusually long sentences qualify as an extraordinary and compelling reason for reduction of sentence."

To qualify for relief pursuant to that Guideline section, a defendant "must have served at least 10 years of his term." Defendant combines his state prison term served with his federal term served and states he has served over 16 years in custody. The Federal Sentencing Guidelines apply to his federal case not his state case. Defendant has not served "at least 10 years" of his federal sentence, therefore, he is not eligible for relief under the Federal Guidelines.

Defendant's motion for reduction of sentence is **DENIED**.

**IT IS SO ORDERED**.

Dated:  December 12, 2024

Hon. Thomas J. Whelan
United States District Judge